UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

```
BENNIE CROSSLEY,               )
                               )
Plaintiff,                     )
                               )
        v.                     )   No.  2:13-CV-172
                               )
CITY OF HAMMOND, et al.,       )
                               )
Defendants.                    )
```

## ORDER

This matter is before the Court on the Findings, Report and Recommendation of Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B), (DE # 22) filed on April 17, 2014. No objections have been filed to Magistrate Judge Cherry's findings and recommendations on Defendants' motion for sanctions. Accordingly, the Court now **ADOPTS** those findings and recommendations (DE# 22), **GRANTS** the motion for sanctions (DE# 17), and **DISMISSES** Plaintiff's complaint with prejudice.

**DATED:  May 6, 2014**             /s/RUDY LOZANO, Judge
                                    **United States District Court**